UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC 20  PM 2:50
CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

vs.                                                                 4:18CR274

PABLO RANGEL-RUBIO

## OPTIONAL CONSULAR NOTIFICATION

As a non-U. S. Citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials? Please circle "yes" or "no."

YES                                    (NO)

_Pablo Rangel_
SIGNATURE OF DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

vs.                                                              4:18CR274

JUAN RANGEL RUBIO

**OPTIONAL CONSULAR NOTIFICATION**

As a non-U. S. Citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials? Please circle "yes" or "no."

YES                                    (NO)

_____
SIGNATURE OF DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

vs.                                                                 4:18CR274

HIGINIO PEREZ BRAVO

**OPTIONAL CONSULAR NOTIFICATION**

As a non-U. S. Citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials? Please circle "yes" or "no."

YES                                         (NO)

_____
SIGNATURE OF DEFENDANT