**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | | |
|---|---|---|---|
| **CASE NO.** 418-cr-274 | **DATE** 12/19/2019 | **TIME** 10:42-10:54 | |

| | | | |
|---|---|---|---|
| **USA v.** Pablo Rangel-Rubio, Juan Rangel-Rubio and Higinio Perez-Bravo | **TAPE NO.** FTR-SAV-CLR | **JUDGE WOOD** | |

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**   **INTERPRETER:** Willie Chavez

| | | |
|---|---|---|
| X | **DEFENDANTS PRESENT** | |
| X | **COUNSEL FOR DEFENDANTS** | Jeffrey Ertel, William Down Bonds, Wesley Bryant for Pablo Rangel-Rubio |
| | | Mark Olive for Juan Rangel-Rubio |
| | | John Martin and Robert Paul Phillips, III for Higinio Perez-Bravo |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover/Chris Howard |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Arron Miller |
| X | **U.S. MARSHAL-SAV USMS** | Jay Ciambrone    Marty Fitzgurls    Jason Parnell |
| | **INITIAL APPEARANCE** | X   **ARRAIGNMENT** |

X DEFENDANTS        ARRESTED ON        X   CUSTODY OF USM ON   12/19/2019

X COPY OF    X   SS INDICTMENT        INFORMATION GIVEN TO DEFENDANTS

X DEFENDANTS ADVISED OF RIGHTS

X DEFENDANTS WAIVE FORMAL READING OF THE SUPERSEDING INDICTMENT

X PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

X CONSULAR NOTIFICATION RIGHTS EXPLAINED

_ PREPARE ORDER OF TEMPORARY DETENTION

X REQUEST BY AUSA THAT THE DEFENDANTS BE DETAINED AT THIS TIME.

DEFENDANTS PLED NOT GUILTY TO CHARGES IN SUPERSEDING INDICTMENT. COURT GOES OVER THE STATUS OF THE CASE. DISCOVERY ADDRESSED. DEFENSE COUNSEL JEFFREY ERTEL STATES THAT HE OBJECTS TO THE EX PARTE NATURE OF DOCS. 191, 192 AND 193 REGARDING THE MOTION TO SEAL AND THE PROTECTIVE ORDER REGARDING FOR THE DISCOVERY IN THE CASE. DEFENSE CLAIMS THE ORDER, AS WRITTEN, STATES THAT THE DISCOVERY CAN ONLY BE SHARED WITH DEFENSE COUNSEL AND DEFENDANTS AND DOES NOT STATE THAT IT CAN BE SHARED WITH THE ENTIRE DEFENSE TEAM. GOVERNMENT STATES IT WOULD LIKE TO SEE THE OBJECTION FROM DEFENSE IN WRITING SO THAT IT CAN RESPOND APPROPRIATELY. COURT DIRECTS DEFENSE TO FILE THE OBJECTION AND IDENTIFY EACH PARTY ON THE DEFENSE TEAM. COURT ENCOURAGES THE PARTIES TO CONFER ON THE MATTER AND SUBMIT A PROPOSED ORDER TO THE COURT FOR CONSIDERATION.

COURT ADJOURNS ON THE MATTER OF ARRAIGNMENT ON SUPERSEDING INDICTMENT AND MOVES TO EX PARTE MOTIONS HEARING ON BUDGET CONFERENCE AS TO EACH DEFENDANT.