# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2019.

_____
Foreman

# PLEA

The defendant, _Juan Rangel Rubio_, waives arraignment and pleads _not guilty_

In open Court, this _19th_ day of _December_, 2019.

M. OL
_____
Counsel for Defendant

_____
Defendant

---

United States District Court
Southern District of Georgia
Savannah Division

No. CR 418-cr-274

UNITED STATES

vs.

Pablo Rangel-Rubio, et al.

## INDICTMENT

FOR

8 U.S.C. § 1324(a)(1)(A)(v)(I); 18 U.S.C. § 1956(h); 18 U.S.C. §1957; 18 U.S.C. §1512(k); 18 U.S.C. § 1513(f); 18 U.S.C. §1958(a); 18 U.S.C. §§3591, 3592

Filed in open Court this _5th_ day of _December_, 2019.

_Molly Queen_
Deputy Clerk

BOBBY L. CHRISTINE
United States Attorney

USA-40-21-3

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

In open Court this _____ day of _____, 2019.

_____

Witness: 1324

_____
Clerk, United States Courts