GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

United States of America

v.

Pablo Rangel-Rubio, et al.

Defense
EXHIBIT AND WITNESS LIST

CASE NUMBER: 418-cr-274

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Benjamin W. Cheesbro | Tania Groover/Chris Howard | Martin, Bonds, Ertel, Bryant, Asin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/17/2021 & 6/25/2021 | Victoria Root/Debbie Gilbert | Kim Mixon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 6/17/2021 | x | x | Southern District of Georgia Disparities Sheet |
| | 2 | 6/17/2021 | x | x | CV of Jeffrey O. Martin |
| | 3-4 | 6/17/2021 | x | x | CD-SEALED |
| | 5 | 6/17/2021 | x | x | Forensic Eval-Higinio Perez Bravo |
| | 6 | 6/17/2021 | x | x | CV of Adriana Flores/Background Dr. Robert Leonard |
| | 7&9 | 6/25/2021 | x | x | Exhibits are SEALED |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1    Pages