## Southern District of Georgia Disparities

| Jury Eligible Population | Black or African-American Persons | Hispanic or Latino Persons |
|---|---|---|
| Augusta Division | 40.23% | 3.61% |
| Brunswick Division | 22.35% | 3.79% |
| Dublin Division | 34.34% | 1.75% |
| Savannah Division | 34.54% | 4.68% |
| Waycross Division | 21.76% | 3.17% |
| Statesboro Division | 30.01% | 3.09% |
| Southern District of Georgia | 32.55% | 3.69% |

| Qualified Jury Wheel | | Disparity Abs | Disparity Comp | Standard Deviations | | Disparity Abs | Disparity Comp | Standard Deviations |
|---|---|---|---|---|---|---|---|---|
| Augusta Division | 36.21% | -4.02% | -9.99% | -6 | 2.45% | -1.15% | -31.98% | -4 |
| Brunswick Division | 18.83% | -3.51% | -15.72% | -5 | 2.16% | -1.62% | -42.91% | -5 |
| Dublin Division | 26.15% | -8.19% | -23.85% | -9 | 0.99% | -0.77% | -43.76% | -3 |
| Savannah Division | 29.42% | -5.12% | -14.82% | -8 | 3.35% | -1.32% | -28.29% | -4 |
| Waycross Division | 16.72% | -5.04% | -23.17% | -8 | 1.81% | -1.36% | -42.75% | -5 |
| Statesboro Division | 23.83% | -6.18% | -20.59% | -9 | 1.65% | -1.45% | -46.71% | -5 |
| | | | | | | | | |
| District Pro-Ration Corrected | 27.49% | -5.07% | -15.57% | -16 | 2.38% | -1.30% | -35.30% | -10 |
| District Pro-Ration Used | 27.45% | -5.10% | -15.68% | -16 | 2.35% | -1.33% | -36.19% | -10 |
| | | | | | | | | |
| Summoned Persons | 24.05% | -8.50% | -26.12% | -1 | 2.50% | -1.19% | -32.16% | 0 |
| Grand Jury | 26.09% | -6.47% | -19.87% | 0 | 0.00% | -3.69% | -100.00% | 0 |


EXHIBIT 1