**Jeffrey O. Martin**  (404) 374-1705
jurychallenge@mindspring.com

**EXPERIENCE**

1997 - Present    **Consultant on Jury Pools and Statistical Issues**
- Expert witness in capital cases on jury procedures and statistics.
- Qualified as an expert in Federal courts in Alaska, Alabama, Georgia, Michigan and Washington.
- Federal case appointments in Arizona, California, Louisiana, Maine, Massachusetts, Nevada, New York, Ohio, Pennsylvania, Puerto Rico, South Carolina, Texas and Virginia.
- "Challenging the Local Jury Plan" presentation at the Federal Death Penalty Resource Counsel Projects 2012 Strategy Session, November 2012
- Qualified as an expert in 51 Superior Courts in Georgia.
- Qualified as an expert in Superior Court in South Carolina.
- Cases in Superior Court in Virginia.
- "Jury Challenges" presentation to the Multi-County Public Defender Office Capital Defense Training Seminar February 2002, July 2002, November 2002, February 2003, July 2003 and February 2004.
- Affidavits and testimony on statistical issues.

1983 - Present    **Political Consultant**
- Consultant to municipal, county and statewide political campaigns.
- Vote projections and analysis.
- Voter targeting.

1981 – 2001    **Actuarial Consultant**
**Towers Perrin, Atlanta Office (1995-2001 and 1981-1986)**
**Towers Perrin, Chicago Office (1986-1992)**
**William M. Mercer, Atlanta Office (1992-1995)**
**Chicago Consulting Actuaries, Chicago Office (1992)**
- Pension and employee benefits consulting on strategy, compliance, and administration for large corporations (some specific projects include:  IRC section 415 analysis, work-force modeling and strategy, employee benefits calculation software, models and forecasts of employee benefits and compensation under statutory limits, actuarial and retiree medical valuations)
- Professional Development Team leader and supervisor of actuarial associates.
- Member of national committee on quality assurance.

**EDUCATION**    **Master of Arts, Economics, University of Chicago, 1988**

**Bachelor of Arts Cum Laude, Economics and Mathematics, Vanderbilt University, Nashville, 1981**
- Mitchell Scholarship.
- Travel Scholarship (University of Leeds, U.K. 1979-1980).
- Classes at Fisk University, Nashville.

**Public Schools in the City of Atlanta, Fulton County and DeKalb County**