

A. Flores, Ph.D. VITA
06/21

# Adriana L. Flores, Ph.D.
**Licensed Psychologist**
**Forensic and Clinical Psychology**

3520 Piedmont Road, NE, Suite 330 ▪ Atlanta, GA 30305 ▪ (Ph) 404-849-6022 ▪ (F) 404-351-0243
adriana@dunflo.com

---

## SUMMARY

Forensic psychologist (bilingual in Spanish/English) providing expert testimony in the fields of forensic psychology and clinical psychology. Expertise in:
- Evaluation of competency to stand trial, testify, and waive miranda rights
- Capacity to consent to sexual contact
- Criminal responsibility
- Mitigating issues
- Assessment of malingering, psychiatric symptoms, cognitive (IQ and memory) abilities, academic achievement, and executive functioning
- Dangerousness risk assessment

## EDUCATION

**Post-Doctoral Fellowship (2000-2001)**
Emory University School of Medicine

**Doctor of Philosophy (Ph.D.) in Clinical Psychology (2000)**
Miami University

**Pre-Doctoral Internship in Clinical Psychology (1999-2000)**
Emory University School of Medicine

**Master of Arts (M.A) in Clinical Psychology (1996)**
Miami University

**Bachelor of Arts (B.A.) in Psychology (1990)**
University of Wisconsin-Milwaukee; Graduated with Honors in Psychology

**Intensive Psychology Curriculum (1988-1989)**
University of Wisconsin-Milwaukee Study Abroad Program
Nottingham University; Nottingham, England

## AWARDS

May 2021   President's Award, Georgia Psychological Association

2018-2019   **Distinguished Adjunct Faculty Member (awarded to one individual yearly from department's 70 adjunct faculty)**
Emory University School of Medicine
Department of Psychiatry & Behavioral Sciences

## ACADEMIC APPOINTMENT

**Oct. 2019 to Present**   **Adjunct Associate Professor**
Department of Psychiatry & Behavioral Sciences (Psychiatry & the Law Program)
Emory University School of Medicine

**Feb. 2012 to Sept. 2019**   **Adjunct Assistant Professor**
Department of Psychiatry & Behavioral Sciences (Psychiatry & the Law Program)
Emory University School of Medicine

Train and supervise Forensic Psychology Postdoctoral Residents and Forensic Psychiatry Fellows on (1) expert witness court testimony and (2) evaluation of (a) competency to stand trial, testify, waive Miranda rights, and consent to sexual contact; (b) criminal responsibility, (c) risk of dangerousness, (d) malingering, and (e) mitigation.

## CLINICAL and ADMINISTRATIVE EXPERIENCE

**May 2007-Present**   **Forensic and Clinical Psychology Private Practice** (Atlanta, GA)
***Flores Forensic and Clinical Psychology, LLC*** *(*formed March 2018)

*Criminal*—Expert testimony experience in federal and state court on: criminal responsibility, competency (to stand trial, testify, waive miranda rights, consent to sexual contact), dangerousness risk assessment and management, suicide risk, mitigating circumstances, and malingering.

*Civil*—Evaluation of worker's compensation claimants; civil case plaintiffs and defendants.

Psychotherapy and Psychological Evaluation: Adults and adolescent

**January 2013 - April 2015**   **Clinical Associate**
Peachtree DBT (Atlanta, GA)

*DBT team member providing peer supervision and feedback*

**Oct. 2007-Sept. 2011**   **Director of Treatment Programming**
Georgia Regional Hospital at Atlanta (GRH/A)
Department of Behavioral Health and Developmental Disabilities (DBHDD),
State of Georgia

*Psychiatric hospital executive responsible for the development and directing of hospital-wide therapeutic programming at a 300-bed state inpatient psychiatric hospital. Consumers included the following populations: adult forensics, adult mental health, and individuals with developmental disabilities.*

**Aug. 2001-Sept. 2007**   **Inpatient Forensic Psychologist**
Georgia Regional Hospital at Atlanta (GRH/A)
Department of Behavioral Health and Developmental Disabilities (DBHDD),
State of Georgia

*Member of multidisciplinary team on a 42-bed inpatient acute forensic psychiatry unit evaluating and treating adults adjudicated as Incompetent to Stand Trial or Not Guilty By Reason of Insanity.*

- Expert witness court testimony in Forensic Psychology and Clinical Psychology
- Psychological evaluations for diagnostic and treatment planning purposes
- Dangerousness Risk Assessment
- Individual and group psychotherapy
- Consulted throughout hospital on: Spanish-speaking clients, risk assessment, Post Traumatic Stress Disorder, cultural-diversity, adolescents, and safety/security issues

## OTHER CLINICAL EXPERIENCE

**2005-2007**  **Licensed Psychologist**
Medlin Treatment Center, Inc; Stockbridge, Georgia

Responsibilities: Adult, child, adolescent, and family psychotherapy. Focus on treatment of juvenile sex offenders and victims of abuse.

**2000-2001**  **Psychology Postdoctoral Fellow, Hughes Spalding Children's Hospital, Children's Hospital of Atlanta (CHOA)** Atlanta, Georgia

Responsibilities: Individual, group, and family therapy. Evaluation, and individual and group treatment of adolescents with a history of sexual assault.

**1999-2000**  **Psychology Intern, Grady Health System,** Atlanta, Georgia
*Three, four-month rotations (forensic psychology; adult—inpatient and outpatient; and child, adolescent and family).*

**1997-1999**  **Therapist, Community Counseling and Crisis Center,** Oxford, Ohio

**1995-1998**  **Therapist, Miami University Psychology Clinic,** Oxford, Ohio

**1996-1997**  **Child and Family Therapist (and evaluator), Children's Hospital Medical Center of Cincinnati,** Cincinnati, Ohio

**1995-1996**  **Therapist, Community Mental Health Centers of Warren County, Inc.,** Springboro, Ohio

## RESEARCH EXPERIENCE

**2000-2001**  **Researcher**
Emory University School of Medicine
Department of Psychiatry and Behavioral Sciences, Atlanta, Georgia
Project: Psychological Adjustment and Risky Sexual Behavior of At-risk Adolescents

**1993-2000**  **Doctoral Dissertation and Master's Thesis**
Miami University
Projects: Effects of perceptions of interparental conflict on adolescents and young adults.

## TEACHING & MENTORING

**2004-Present**  Emory University School of Medicine
Postdoctoral Fellowship in Psychology Seminar Speaker
Present on forensic psychology, working for the state of Georgia, and career development

A. Flores, Ph.D. VITA
06/21

| | |
|---|---|
| 2004-Present | Emory University School of Medicine<br>Postdoctoral Residency Program in Psychology Mentor |
| 2001-2007 | Georgia Regional Hospital at Atlanta<br>Forensics' In-service Training Coordinator |
| 2000-2001 | Emory University School of Medicine<br>Behavioral Mentor, Seminar of Pediatrics Residents |

## PUBLICATIONS

Bachanas, P. J., Morris, M. K., Lewis-Gess, J. K., Sarett-Cuasay, E. J., **Flores, A. L.**, Sirl, K. S., & Sawyer, M. K. (2002). Psychological Adjustment, Substance Use, HIV Knowledge, and Risky Sexual Behavior in At-Risk Minority Females: Developmental Differences During Adolescence. *Journal of Pediatric Psychology, 27,* 373-384.

**Flores, A**. & Bachanas, P.J. (2001). Psychology and primary care: An integrative model. APA Association of Psychology Postdoctoral and Internship Centers (APPIC) Newsletter, 25, Pp. 13 & 21.

Celano, M. & **Flores, A. L.** (2001). A review of *Family Therapy with Hispanics: Toward Appreciating Diversity,* e.d. by Maria T. Flores & Carey, G. *The Family Psychologist, 17,* 4-5.

Newton, T. L., Bane, C. M., **Flores, A.**, & Greenfield, J. (1999). Dominance, gender, and cardiovascular reactivity during social interaction. *Psychophysiology, 36,* 245-252.

Stiles, W. B., **Flores, A.L.**, Twomey, H. B., Surko, M., Wanicur, E., & Honos-Webb, L. (1994). The state of the art: A review of *Handbook of Psychotherapy and Behavior Change, 4th* Edition, e.d. by Alan E. Bergin and Sol L. Garfield. *Clinical Psychology: Science and Practice, 1,* 104-108.

## PRESENTATIONS

**Flores, A** . (May 2021). *The Role of Adverse Childhood Experiences (ACEs) in Mitigation.* Presented virtually for Middle District of Alabama Federal Defenders, Inc, Montgomery, AL

**Flores, A.,** Schwenke, T.J., Lewis, L., Egan, G., Gambow, A.L., Penson, B., Subramani, O., Freitag, S. (March 2021). *Forensic Psychologists in Action—Supervision, Ethics, Community Partnerships, and Case Law,* CEU workshop, Presented at Georgia Psychological Association 2021 Virtual Annual Meeting

**Flores, A** (March 2021). *Coping with COVID,* Two virtual presentations to Yancey Bros. Company

**Flores, A** (October 2020). *Psychology in the Courtroom: Duties and Responsibilities of Fact vs Expert Witness*, CEU workshop presented for Iowa Psychological Association (virtual presentation)

**Flores, A.** (October 2020). *Keeping it Together During These Unusual Times.* Presented virtually at St. Crispin's CLE program by the Federal Defender Program, Atlanta, GA.

**Flores, A** (September 2020) *Ethical Psychological Assessment of Culturally Diverse Individuals.* Presented at Psychology Intern Cultural Seminar; Emory University School of Medicine, Department of Psychiatry

and Behavioral Sciences, Atlanta, GA

**Flores, A** (September 2020) *Building Resiliency During Stressful Times: How to Cope with COVID.* Presented to City of Alpharetta, Georgia employees, via Video

**Flores, A** (November 2019) *Evaluating and Maintaining Your Mental Health.* Presented at POND Engineering and Architectural Company, Norcross, GA.

**Flores, A** (September 2019) *Cultural Competence in Psychological Assessment.* Presented at Psychology Intern Cultural Seminar; Emory University School of Medicine, Department of Psychiatry and Behavioral Sciences, Atlanta, GA

Shah, S, **Flores, A,** & Egan, G. (April 2019) *Beyond Tarasoff: Federal and State Laws Psychologists Should Know.* CEU Ethics Workshop at Georgia Psychological Association 2019 Annual Meeting, Atlanta, GA

**Flores, A** (December 2018) *Mitigation Evaluations: Answering "How Did We Get Here?"* Presented at Middle District of Alabama Federal Defenders, Inc, Montgomery, AL

**Flores, A** (November 2018) *Keys to Mental Health.* Presented to the City of Alpharetta, Georgia Employees

**Perdew Silas, N and Flores, A** (October 2018) *Ethically Representing Mentally Ill Clients.* Presented at the 2018 Fall Meeting and Seminar of the National Association of Criminal Defense Lawyers (NACDL), Savannah, GA (Conference theme: "Decoding and Litigating Mental Health Issues")

**Flores, A** (July 2018) *The Forensic Psychology Evaluation: When and Why.* Training presented at Middle District of Alabama Federal Defenders, Inc, Montgomery, AL

**Flores, A.,** Shah, S., & Egan, G. (April 2018) *Ethical and Cultural Considerations in Psychological Testing as Part of Clinical and Forensic Evaluations.* CEU Ethics Workshop at Georgia Psychological Association 2018 Annual Meeting, Athens, GA

**Flores, A.,** Shah, S., & Egan. G. (March 2017) *Professional Skills and Ethics Associated with Testifying in Court.* CEU Ethics Workshop at Georgia Psychological Association 2017 Annual Meeting, Atlanta, GA

**Flores, A** (November 2016) *Assessment of Substance Abuse in Hispanics: Use of CAGE-AID* Clinic for Education, Treatment, and Prevention of Addiction, Inc. Atlanta, GA

**Flores, A.,** Shah, S., & Egan. G. (November 2016) *Professional Skills and Ethics Associated with Testifying in Court.* Presenter in CEU Ethics Workshop, Psychology Division of the Emory University School of Medicine at Grady Health System, Atlanta, GA

**Flores, A.** (June 2016). *Cultural Competency in Mental Health Settings.* Clinic for Education, Treatment, and Prevention of Addiction, Inc., Atlanta, GA.

**Flores, A.,** Egan, G., & Waford, R. (September 2015). *The Dangerous Patient?? Competing Clinical, Risk Management, Legal, and Ethical Issues in Decision-Making.* Presenter in CEU Ethics Workshop, Department of Psychology and Behavioral Sciences, Emory University School of Medicine, Atlanta, GA

**Flores, A.** (April 2015). *Mitigation: Stories from the Trenches.* Mercer University School of Law (Class),

Macon, GA

**Flores, A.** (March 2011). *Mental Health Issues Among Hispanic Female Teens.* Presented at the Latin American Association, Atlanta, GA.

**Flores, A.** (May 2010). *Public and Mental Health Challenges in the Latin American Community.* Invited speaker at St. Crispin's Conference, Atlanta, GA.

**Flores, A.**, Silas, K., & Mendelsohn, B. (October 2009). *The Best Methods with Madness.* Invited speaker at St. Crispin's Conference, Atlanta, GA.

**Flores, A.** (January 2007). *Depression and Suicide Risk Among Hispanic Adolescents.* Invited speaker at the meeting of the Hispanic Health Coalition of Georgia, Atlanta, GA.

**Flores, A** and Shore, C. (April 2002). *Adolescents' Responses to Peer Conflict as a Function of Resolution and Perceptions of Interparental Conflict.* Poster presented at the Ninth Biennial Meeting of the Society for Research on Adolescence, New Orleans, LA

Sarett-Cuasay, E., **Flores, A.**, Bachanas, P.J., Morris, M., Lewis-Gess, J.,Ries, J., & Sawyer, M. (August 2001). *Adolescents' perceived risk for contracting HIV: Implications for HIV prevention.* Poster presented at 2001 American Psychological Association Conference, San Francisco, CA

**Flores, A. L.**, Sarett-Cuasay, E. J., Bachanas, P. J., Morris, M. K., Lewis-Gess, J., & Sawyer, M. K. (April 2001). *Psychological Adjustment, Substance Use and Risky Sexual Behavior: Intervention and Prevention Challenges in Adolescent Primary Care.* Poster presented at the 8th Florida Conference on Child Health Psychology, Gainesville, FL.

Newton, T. L., Sanford, J., & **Flores, A. L.** (September 1996). *Child Care, Housework, and Cardiovascular Responses of Men and Women in Dual-Earner Couples.* Poster presented at the conference on: Research, Prevention, Treatment, and Service Delivery in Clinical and Community Settings, Washington, DC

Newton, T. L., Bane, C., **Flores, A.**, & Greenfield, J. (March 1995). *Dominance and Interpersonal Power Bases: Associations with Cardiovascular Reactivity During Mixed-Sex Dyadic Interactions.* Poster presented at the Annual Meeting of the Society of Behavioral Medicine, San Diego, CA.

Newton, T. L., Bane, C., **Flores, A.**, & Greenfield, J. (March 1995). *Oral Contraceptives and Cardiovascular Responses to Interpersonal Stress.* Poster presented at the Annual Meeting of the Society of Behavioral Medicine, San Diego, CA

## OTHER ACADEMICS

**October 2020**        **Panel participant** in *Diversity and Equality Issues in Forensic Psychology Workshop,* Annual Forensic Conference, State of Georgia, Department of Behavioral Health and Developmental Disabilities.

**September 2020**    **Panel participant** in Lunch and Learn Workshop for Emory University School of Medicine Psychiatry Residents on: *Addressing Diversity in Psychotherapy.*

| | |
|---|---|
| **March 2018** | **Organizer and Chair** of *Panel on Finding Resources and Solutions for Mental Health Issues,* Federal Defender Program inc, CLE Spring Seminar, Atlanta, GA |

## CONSULTING EDITOR

*Professional Psychology: Research and Practice* (peer reviewed journal)
(Jan. 2008-Present)

## PROFESSIONAL ACTIVITY

| | |
|---|---|
| **July 2020-Present** | **Georgia Psychological Association** <br> **Chairperson: Task Force on Social Justice** |
| **July 2017-Present** | **Georgia Psychological Association** <br> **Board of Directors** <br> **Diversity Directorate** <br> **Chairperson: Committee on the Psychology of Women and Girls** |
| **August 2015-Nov. 2019** | **Board of Directors, Executive Team Member** <br> **CETPA** (Clinic for Education, Treatment and Prevention of Addiction, Inc.) <br> Atlanta, Georgia <br><br> Executive Member of Board of Directors of CETPA, a non-profit, community-based mental health agency providing prevention and treatment of mental health and substance abuse primarily to Latino individuals |
| **November 2020** | **Participant** (as expert witness in mock trial) <br> Trial Techniques Program <br> Georgia State University School of Law |
| **May 2020** | **Participant** (as expert witness in mock trial) <br> Expert Witness Module <br> National Institute for Trial Advocacy (NITA) Trial Skills Program |
| **2017, 2018, 2019** | **Participant** (as expert witness in mock trial) <br> **Trial Techniques Program** <br> **Emory University School of Law** |
| **July 2019-Present** | **Workgroup Member** <br> **Atlanta Behavioral Health Advocates (ABHA)** <br> **Department of Psychiatry and Behavioral Sciences** <br> **Emory University School of Medicine** |
| **November 2018-Present** | **Consultant** <br> **Diversity Consultation Service** <br> **Brain Health Center; Department of Psychiatry and Behavioral Sciences** <br> **Emory University School of Medicine** |
| **May 2011** | **Panel member** appointed by the State of Georgia Board of Psychology Examiners to revise the state of Georgia psychologist licensing exam |

A. Flores, Ph.D. VITA
06/21

## HONORS

**April 2021**          **American Psychological Association (APA)**
                        **Diversity Leadership Development Training Program**
                        One of 15 psychologists in the United States selected by the APA to participate in its training to advance into leadership positions within the Georgia Psychological Association and APA

**March 2020**          **American Psychological Association**
                        **Practice Leadership Conference Delegate**
                        **Washington, DC**

                        Nominated by the Georgia Psychological Association (GPA), and selected by the American Psychological Association (APA) to participate as a Georgia delegate. Per APA, "APA's Practice Leadership Conference is an invitation-only event designed to give state leaders in psychology additional tools and resources to advocate for issues important to the field," at state and federal level.

## MEDIA

**December 2018**       *Atlanta Journal Constitution* interviewed for article: "Henry County student appeals expulsion for sexual misconduct" (Published December 17, 2018)

**September 2012**      *TruTV-In Session* (Two live appearances/discussions on the insanity defense)

## PROFESSIONAL AFFILIATIONS
American Psychological Association
American Psychology-Law Society (Division 41 of APA)
Georgia Psychological Association
National Latinx Psychological Association

## LICENSURE
State of Georgia License #2792

## FOREIGN LANGUAGE
*Spanish.* Fluent in oral and written expression. Psychological evaluations and psychotherapy in Spanish.