AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Georgia

United States

V.

Pablo Rangel-Rubio

**EXHIBIT AND WITNESS LIST**

Case Number: 4:18-cr-274-LGW-BWC-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Benjamin W. Cheesbro | Tania Groover/Christopher Howard | Jeff Ertel, Dow Bonds, Wes Bryant |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 25, 2021 | Debbie Gilbert | Kim Mixon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 5 | 6/25/2021 | x | x | Transcript-Detective Rodriguez prior testimony |
| | 6 | 6/25/2021 | x | x | Stipulation-Refugio Ramirez firearm confiscated |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages