IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL CASE |
| v. | : | |
| | : | No. 4:18-CR-274 (LGW)(BWC) |
| PABLO RANGEL-RUBIO | : | |
| | : | |

STIPULATION OF FACT

The United States of America, by David Estes, Acting United States Attorney, and Tania Groover and Christopher Howard, Assistant United States Attorneys for the Southern District of Georgia, jointly, with Defendant Pablo Rangel-Rubio, and Jeff Ertel, J. Wes Bryant, and W. Dow Bonds, Counsel for Mr. Rangel-Rubio, hereby agree and stipulate to the following facts, which may be entered into the record as if proven by competent evidence, without further proof being offered:

On December 23, 2014, officers with the Savannah Police Department arrested Refugio Ramirez. At the time of arrest, the officers found a firearm listed as a Davis Industries DM Pistol, Derringer .22, serial number 244582 and ammunition. The firearm and ammunition were logged into the property room as evidence at the Savannah Police Department. As of June 9, 2021, the Davis

1



DEFENDANT'S
EXHIBIT
6

Industries DM Pistol, Derringer .22, serial number 244582 remains in the custody of the Savannah Police Department.

IT IS SO STIPULATED AND AGREED.

_____
Tania Groover
Assistant United States Attorney

_____
Chris Howard
Assistant United States Attorney

_____
Jeff Ertel
Attorney for Pablo Rangel-Rubio

_____
W. Dow Bonds
Attorney for Pablo Rangel-Rubio