# United States District Court
## Southern District of Georgia

United States of America

v.

Pablo Rangel-Rubio, et al.

Government

EXHIBIT AND WITNESS LIST

CASE NUMBER: 418-cr-274

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Benjamin W. Cheesbro | Tania Groover/Chris Howard | Martin, Bonds, Ertel, Bryant, Asin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/17/2021 | Victoria Root | Kim Mixon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/17/2021 | x | x | Defendant Perez-Bravo Recorded Interview on July 30, 2018 |
| 2 | | 6/17/2021 | x | x | Transcript of Defendant Perez-Bravo Interview on July 30, 2018 |
| 3 | | 6/17/2021 | x | x | Defendant Perez Bravo's Spanish Statement of Rights Form |
| 4 | | 6/17/2021 | x | x | Department of Homeland Security English Statement of Rights |
| 5-7 | | 6/25/21 | x | x | Exhibits 5-7 held for final motions hearing to be set by Court. ʙ or 6/25/21 |
| 8 | | 6/17/2021 | x | x | Perkins v. United States, Slip Copy (2020) |
| 9 | | 6/17/2021 | x | x | Westlaw-Miranda |
| 10 | | 6/17/2021 | x | x | Higinio Perez-Bravo-Moving Traffic Violations-DIN P1506098-SEALED |
| 11 | | 6/17/2021 | x | x | Higinio Perez-Bravo-Moving Traffic Violations-DIN: P0912242-SEALED |
| 12 | | 6/25/21 | x | x | Letter from Joel Reyes |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages