To Who It May Concern

Savannah GA, 07-27-2017

My name is Joel Reyes, I live in Savannah Ga, and have been working for the Wolf Tree Expert company for almost four years. I want to file a complaint against my supervisor Pablo Rangel. I am a person who works illegally in this company and I am currently using the name and social security number of someone else, in all the years that I have been working for the company, I have used the information of someone else three times. But, almost all of my partners do the same because we are illegal. The problem with Pablo Rangel is that I never get paid for a three-year vacation. And, as he sells me the information of the other person for $1,500, he receives the check; he changes it, and pays me. But, as he receives the check he does not pay me all the full money. When I complain he leaves me without work and then gives me work again with the name of another person. This abuse not only happens to me but to other workers as well. He charges them $1,500 for the papers and deducts the payment because he pays us cash. The names that I have used are Armando Trejo and Fernando Soto. However, my real name is Joel Reyes. This supervisor commits many of these abuses only because we are illegal. Therefore, that is the reason that I request to whom it may corresponds that he is removed from his position as supervisor. ATACH A COPY OF MY check stub., I'LL LEAVE MY PHONE NUMBER IN CASE YOU HAVE ANY QUESTIONS(912) 604-9038

Sincerely,

Joel Reyes

Joel Reyes

GOVERNMENT'S EXHIBIT NO. 12
CASE NO. 4:18-CR-274
UNITED STATES OF AMERICA
vs.
PABLO RANGEL-RUBIO, ET AL
MARKED FOR IDENTIFICATION 6-25-21
FILED IN EVIDENCE KMxxx
SCOTT L. POFF, CLERK

ELIUD MONTOYA
Notary Public, Chatham County, Georgia
My Commission Expires February 8, 2016

GCP-000363

TO WHO IT MAY CONCERN:            savannah ga, 07/22/2017

MY NAME IS Juan Ramirez, employer number 20027222, I HAVE BEEN WORKING FOR THE COMPANY WOLF TREE EXPERT ,FOR THE LAST 13 YEARS, I WANT TO PUT A COMPLAINT AGAINST MY SUPERVISOR, BECAUSE THERE WAS A TIME HE ASKED FOR MY SALARY MONEY,FOR WHATEVER REASON, ACTCUALLY HE DOESN'T DO IT,BUT I USUALLY GOT PAID $15.89 A HOUR,AND THIS PERSON LOWERED MY SALARY TO $13.89 A HOUR,WITHOUT MY CONCEPT, I HAVE CHECKED WITH THE LABOR DEPARTMENT, AND THEY SAY THAT IT IS ILLEGAL TO LOWER MY SALARY WITHOUT MY CONCEPT, UNLESS THE COMPANY HAS A REASON TO LOWER MY SALARY,THAT IS SOMETHING I DON'T RECOGNIZE, AND IM NOT THE ONLY PERSON WHO HAS THESE TYPES OF PROBLEMS WITH THE SUPERVISOR, THERE ARE MORE WORKERS WHO HAVE THESE TYPES OF PROBLEMS,BUT THIS SUPERVISOR DOES IT BECAUSE WE ARE ILLEGAL OR WE ARE WORKING ILLEGAL,THIS IS WHY IM WRITING THESE COMPLAINT, FOR I COULD SUPPORT MY CO WORKERS AND I ALSO DEMAND YOU TO FIRE THIS SUPERVISOR,I'LL ATATCH A COPY OF MY PAST CHECKS I'VE RECEIVED FROM HIM AND A RECENT CHECK,WITH THE ACTUAL SALARY,I'LL ALSO ATATCH MY PHONE NUMBER , INCASE YOU HAVE ANY QUESTIONS. (912)6311337

SINCERELY
*JUAN RAMIREZ*
Juan Ramirez

ELIUD MONTOYA
Notary Public, Chatham County, Georgia
My Commission Expires February 8, 2018

GCP-000364

TO WHO IT MAY CONCERN:          Savannah Ga., 07/22/2017

I, Ruben Ramirez Hernandez, have a complaint about my supervisor, Because I have been working for about 2 months in Wolf Tree Expert and , The 06/28/2017,we were working in a electrical line, when it started raining, they ordered use to go home because it was raining, when a coworker of mine was getting of the tree he broke a dead branch ,and when that happen the branch fell on me. I called my supervisor to let him know a branch fell on me and he said he would take me the emergency room, So I waited for him but he never showed up, Until the next day after 12:00pm,was when he took me to some type of clinic, But I used my real name, because I was working with somebody else name, because I find myself working illegal, My supervisor sold me a identity that was not mine, for $1,500 dollars, That's what he charges anybody else who gets hurt to use a false identity that's not there's. Until this day he still owes me a 1 wk salary ,because he receives our checkes,without our consent ,and he cashes the check and pays us $100.00 dollars a day, and he does this to several co workers of mine, after the accident, he refused to give me more work. He takes advantage of us because we work illegally. And we understand that he is taking advantage of his position. When he himself finds himself working illegally with his own name. This is the reason I demand that he should be fired, because he takes advantage of people ,And he fired me without a reason. ATATCH A COPY OF MY medical paper work
I'll leave my phone number incase you wish to contact me (859)433-2527

                                        Sincerely
                                        *[signature]*
                                        Ruben Ramirez Hernandez


ELIUD MONTOYA
Notary Public, Chatham County, Georgia
My Commission Expires February 8, 2018   *[signature]*

Savannah GA, April 24, 2017

To Whom It May Concern.

My name is Eliud Montoya Arcos, Employee No. 20027591 and Group No. 676130 in Savannah GA., On this day I was allowed to address the company for which I work under the name Davey Tree Expert Company for the purpose of filing a complaint Against the Supervisor Pablo Rangel since it was previously put before the Department of Labor and they recommended to address to you first and if the problem is not solved they would take the case., The complaints are the following and the problem comes from many years ago.

1.- This supervisor is paying some employees cash in a way that they do not collect their full salary, because the same provides the social insurance of someone else and sells them or each year charges them 1500 dollars for the information of the same insurance , Receives the check to an account changes it and does not pay them all, some do not give them their vacations or pay them and the person cannot claim for the simple fact of being illegal in some cases when the person prefers to leave the work for what Little that receives and said supervisor simply against someone else and returns to use the same information and charges the aforementioned, or simply to other workers who worked legally here, leave the work and the supervisor uses all that for another employee

2.- This supervisor allowed the same persons to operate the vehicles and trucks of the company knowing that people require a Class C license or, where applicable, a commercial license for large trucks, where two accidents have occurred where the supervisor does not Informs the company of what happened because it forces the person who drove to pay for what happened without the police taking note of the facts, achieving an agreement with the other vehicle mentioned.

3.- There have been several accidents within the work where the person is unable to work for 3 or 4 weeks and said supervisor does not report to the company, some of them are his relatives and pays them even if they do not work for others does not pay them salary and pays the consultations in a particular clinic to have a case where the person touched the electrical line and fainted and did not pass to major problems but although the supervisor runs the employee is a person that does not exist because they use the names of someone else

4.- in this group, fights have occurred with employees taking alcoholic drinks, missing work, or presenting with alcoholic breath and the supervisor does not take any action that is required causing the workers to do what they want and breaking the discipline of The company, the reason is because he has the family working, his father-in-law brothers nephews and all of them do not have documents to work and for that reason said supervisor does nothing to solve the problem, and does not have the ability to do Something to see that said supervisor does not have a permit, or residency to work in the United States, and the only thing that interests him is his convenience.

GCP-000366

5., every time he complains with one that the company pays a lot for the mush we make of the work if we have found places where we throw about 2500 trips of this material and that is not paid and we do not understand because it complains of so much expense.

Other witnesses state that for a long time he received checks that the company sends to his workers but we never met those people or they did not exist but as they arrived at his mail he charged them because in Savannah GA some places do not ask for identification to change a check Or simply received them into your account

All this problem begins because most of the people here do not have documents to work and said supervisor found the way to use them and some gets the documents to work and with that has been manipulating the staff since the person who receives said benefit He does not have the right to demand his skills because he then retaliates against them, since we have been in this group for more than 12 years and have been allowed to manipulate everything from the applications to work, forms of deposit and more other employees from their salary of the worker has removed part of the check, the only thing I request is that the supervisor be removed from his post for all the anomalies that occur because the only thing they want is to work and receive what is due to them and legally some cannot complain before none or do not want to discuss with anyone even if they are affected.

For all the above mentioned information can reach me at (912)-659-7466

Respectfully
Eliud Montoya Arcos         *[signature]*

GCP-000367