# In the United States District Court for the Southern District of Georgia Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>JUAN RANGEL-RUBIO | 4:18-CR-274 |

### ORDER

In this federal conspiracy case, set for trial May 10, 2022, see dkt. no. 533, Defendant Juan Rangel-Rubio seeks a no-cost transcript of his co-Defendant's (Higinio Perez-Bravo) trial and a thirty-day continuance in which to review it, dkt. no. 568 at 2-3 (citing Britt v. North Carolina, 406 U.S. 226 (1971)).

The Government does not oppose Rangel-Rubio's request for the transcript, dkt. no. 573, and that part of Rangel-Rubio's motion, dkt. no. 568, is **GRANTED as unopposed.**

And while the Government *does* object to delaying Rangel-Rubio's trial, it does not explain the basis for opposition or suggest any reason a brief delay would be prejudicial. See id. Indeed, Rangel-Rubio's trial is set to begin just under one month after Perez-Bravo's, dkt. nos. 532 and 533, meaning there is very little time for the stenographer to transcribe the trial, and even less for Rangel-Rubio and his counsel to review it—which, prior

filings indicate, may require the assistance of an interpreter, see, e.g., dkt. nos. 531, 535. Thus, Rangel-Rubio's request for a thirty-day continuance to review the transcript, dkt. no. 568, is also **GRANTED**. Trial will begin August 2nd, 2022.

**SO ORDERED** this 24th day of March, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA