**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: 4:18cr274 | DATE July 27, 2022 |
| UNITED STATES OF AMERICA | TIMES: 11:09 - 2:12 |
| V. | sealed begins 11:36 |
| Juan Rangel-Rubio | recess 12:07 - 12:24 |
| | recess 1:41 - 2:00 |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Courtnay J. Capps |
| **Court Reporter:** FTR | **Law Clerk:** |
| **Probation Officer:**      **Security:** Douglas | **USMS:** Williams, Gutierrez |

**Attorney for Government:** Christopher Howard
**Attorney for Defendant(s):** George Asinc

**PROCEEDINGS:**

☑ All parties present and ready to proceed

Witness for the Govt:                                    ☐ Witness sworn

Witness for the Govt:                                    ☐ Witness sworn

Witness for the Deft: **Aaron Gonzales**                 ☑ Witness sworn

Witness for the Deft:                                    ☐ Witness sworn

**NOTES:**

The Court conducted a hearing concerning Defendant's Motion for Psychiatric Exam and issued an oral recommendation to deny the motion, postpone trial, and replace Mr. Asinc with new defense counsel. A report and recommendation will be prepared.