IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 418-274 |
| | ) | |
| JUAN RANGEL-RUBIO | ) | |

**O R D E R**

After conducting an independent and *de novo* review of the entire record in this matter, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation, dkt. no. 662, to which no objections have been filed. See Dkt. No. 663 (setting a noon deadline of July 29, 2022). Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. The Court **FINDS** Defendant competent to stand trial and **DENIES** the motion for a competency evaluation. Dkt. No. 654.

The Court also **TERMINATES** the appointment of George R. Asinc, and **APPOINTS** Katie A. Brewington, P.O. Box 11153, Savannah, GA 31412, to serve as Defendant's counsel. Mr. Asinc shall coordinate with Ms. Brewington to assure a smooth, orderly, and expeditious transfer of the case, to include transfer of all discovery and evidence. The Court **DIRECTS** the Clerk to serve this Order on Ms. Brewington and Defendant.

The jury trial set for August 2, 2022, is hereby **CONTINUED** until October 25, 2022 at 9:00 a.m. The pretrial conference will take place on October 17, 2022 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the full period of delay resulting from this continuance shall be excluded under 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act. The ends

of justice served by ensuring effective representation for Defendant far outweigh the best interest of the public and Defendant in a speedier trial.

SO ORDERED, this <u>29th</u> day of <u>   July   </u>, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA