**In the United States District Court
for the Southern District of Georgia
Savannah Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JUAN RANGEL-RUBIO, | 4:18-CR-274-2 |

## VERDICT FORM

### COUNT ONE

We, the Jury, find the Defendant (Not Guilty/ **Guilty**) of Count One of the Superseding Indictment.

### COUNT TWO

We, the Jury, find the Defendant (Not Guilty/ **Guilty**) of Count Two of the Superseding Indictment.

## COUNT SIX

We, the Jury, find the Defendant (Not Guilty/**Guilty**) of Count Six of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Six, you need not consider paragraphs 1A and 1B below.

    1A.    We, the Jury, having found the Defendant guilty of the offense charged in Count Six, further find with respect to that Count that:

    ✓ Eliud Montoya was killed as a result of the conspiracy in Count Six

    ___ Eliud Montoya was not killed as a result of the conspiracy in Count Six

Note: Answer the following question only if you found the conspiracy resulted in a killing:

    1B.    We, the Jury, having found the Defendant guilty of the offense charged in Count Six, further find with respect to that Count that:

    ✓ Eliud Montoya's killing was premeditated

    ___ Eliud Montoya's killing was not premeditated

## COUNT SEVEN

We, the Jury, find the Defendant (Not Guilty / **(Guilty)**) of Count Seven of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Seven, you need not consider the following.

1A.  We, the Jury, having found the Defendant guilty of the offense charged in Count Seven, further find with respect to that Count that:

**✓** Eliud Montoya was killed as a result of the conspiracy in Count Seven

____ Eliud Montoya was not killed as a result of the conspiracy in Count Seven

Note: Answer the following question only if you found the conspiracy resulted in a killing:

1B.  We, the Jury, having found the Defendant guilty of the offense charged in Count Seven, further find with respect to that Count that:

**✓** Eliud Montoya's killing was premeditated

____ Eliud Montoya's killing was not premeditated

3

So say we all.

10/31/22
———————————
DATE                                          FOREPERSON