**SENTENCING MINUTES**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**JUDGE:** LISA GODBEY WOOD
**DATE:** 04/10/2023

CRIMINAL CASE NO. CR 418-274
UNITED STATES OF AMERICA VS. Juan Rangel-Rubio

COURTROOM DEPUTY: SHARP
COURT REPORTER: GILBERT

ATTORNEY(S) FOR THE GOVERNMENT: Tania Groover
ATTORNEY(S) FOR THE DEFENDANT: Katie Brewington

U.S. PROBATION OFFICER: Kristian Renfroe

DEFENDANT SENTENCED ON COUNT(S): 1, 2, 6, and 7

- [X] Presentence Report Reviewed In Full
- [X] Objections to Factual Basis
- [ ] Objections To Guidelines Calculations
- [ ] Changes Ordered in Factual Basis/Calculations
- [X] No Changes Ordered
- [X] Findings Of The Court

Custody: Life Months B.O.P.
Probation: None
*Upon release delivery to customs enforcement
Supervised Release: 5 Years
Special Conditions: As ordered by the Court
Fine $: no fine / Interest waived.
Restitution $: 1,351,217.05
Special Assessment $: 400
To Be Paid: As directed by the Court
Community Service: None
Facility Recommended: FCI Texas as space and security allow
Defendant Remanded To The USM: Yes
Voluntary Surrender: No
To USM [X]   To Facility [ ]
Appeal Waiver [ ]  Any appeal to be made within 14 days.
Sentencing Memo/Motions Reviewed [ ]
Motions Granted [ ]   Restitution: see above

Total Offense Level: 43
Criminal History: I
Guideline Range: Life
Supervised Release: 1-3 years / 2-5 years
Fine: $50,000-$500,000
Special Assessment: 400
Minimum: Life   Maximum: ____

- [ ] Witnesses Testify
- [X] Statements Of Counsel
- [X] Statements By Defendant
- [X] Sentence Pronounced

U.S. Deputy Marshal: Jason
Court Security Officer: Steve

Time: 10:32 to 11:42   Total: 1 Hour