US DISTRICT COURT
Southern District of Georgia (Savannah)

Juan Rangel Rubio
           Petitioner
VS
United States of America
           Responent

CASA # 18-CR-00274-LGW-BWC
18-Cr-00274-LGW-BWC-2

## Motion To Compel Attorney To Produce Client's File

COMES NOW Juan Rangel Rubio, Petitioner Pro'SE, and moves the Court to issue an order Compelling Attorney to Surrender the case file he created while representing Petitioner in the case nuber. - In Support, Petitioner asserts the Following

① Attorney Katie A. Brewington's Currently employed at Brewington Law Firm LLC P.O. Box 11153 Savannah GA 31412

② Plaintiff has previously requested a copy of his client file in writing, on April, 14, 2025 Without response.

③ plaintiff requires the Client File in order to file a post-Conviction Callenge to both his Conviction and Sentence.

④ Plaintiff is entitled to his Client File by law. See Maxwell v. Florida, 479 U.S. 972, 93 L.Ed. 2d 418-420, 107 S.Ct. 474 (1986); Spivey v. Zant, 683 F.2d 881, 885 (5th Cir. 1982); ABA Standards for Criminal Justice Defense Functions Standards and Commentary. The right to effective and sound assistanc of Counsel fully encompasses the Client's right to obtain the work filles created by the attorney.

⑤ Finally, it appears as though Attorney Katie A Brewington is now attempting to stall petitioner's habeas Challenge to his Conviction and Sentence based largely on the ineffective assistance of counsel received during his trial

WHEREFORE, premised considered, plaintiff respectfully urges this Honorable Court to issue an order compelling Attorney _____, to immediately provide the Client File to plaintiff within 10 days of receipt of this order, via registered mail.

Respectfully submitted on this __7__ day of __September__ 2025

18-CR-00274-LGW-BWC-2

# ORDER

Upon Consideration of the defendant, Juan Rangel-Rubio, Motion to Compel attorney _____ , to Surrender the Case File in the above Captioned number the court finds that the motion should be GRANTED.

IT IS HEREBY ORDERED that attorney _____ , is directed to produce and release the Client File to the defendant Juan Rangel-Rubio in the above entitled action.

Done this 26, of September 2025

PRESIDING JUDGE

pro'se Juan Rangel-Rubio

\* *[signature]* : 10-06-25-
Juan Rangel-Rubio
Reg# 21207-379
USP Hazelton
P.O Box 2000
Bruceton mills, WV 26525

Juan Rangel Rubio #21207-379
USP. Hazelton
P.O. Box 2000
Bruceton Mills W.V. 26525

PITTSBURGH PA
10 OCT 2025

INSPECTED BY
U.S. Marshals Service SGA
OCT 15 2025

Clerk of Court
124 Barnard St.
Savannah GA 3140

31401-364299